AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>MARK ANTONIO OATIS<br><br>*Defendant(s)* | Case No. 1:23-mj-652 |

**FILED** Nov 14 2023
ARTHUR JOHNSTON, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 6, 2023** in the county of **Harrison** in the **Southern** District of **MS, Southern Division**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(1) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

*Complainant's signature*

Joshua Cola, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-14-2023

*Judge's signature*

City and state: Gulfport, Mississippi

Robert P. Myers, Jr., United States Magistrate Judge
*Printed name and title*

## Affidavit for Criminal Complaint

### Probable Cause

I, Joshua Cola, being duly sworn and deposed, state the following:

I have been employed as a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since January 2018. Prior to employment with ATF, I was employed with the Unites States Secret Service as a Uniformed Division Officer. I obtained a Bachelor of Science Degree in Criminal Justice from Southern University in Baton Rouge, Louisiana. I am a graduate of the Federal Law Enforcement Training Center's Uniformed Police Training Program, Criminal Investigator Training Program, ATF Special Agent Basic Training, and the Transportation Security Administration Counterterrorism Program. I have attended the United States Secret Service Counter-Sniper School in Beltsville, Maryland. As an ATF Agent, I am empowered to investigate violations of Federal Firearms, Arson and Explosive Laws.

I have been involved in with numerous investigations involving the illegal possession of firearms by prohibited persons, the possession and use of firearms by narcotics traffickers/gang members, illegal sale or possession of machineguns and short-barrel shotguns or rifles, arsons of structures which affect interstate commerce, and the manufacture, possession or use of illegal explosive devices. Several of these investigations have included conspiratorial relationships between multiple defendants and generally involve a series or pattern of criminal activities or multiple criminal schemes.

   1. This affidavit is based on information from law enforcement agents and sources and on my examination of various reports, evidence and records. This is being submitted for the limited purpose of establishing probable cause to support issuing a criminal complaint. It does not include all the facts that have been learned during the course of this investigation.

   2. Based on personal knowledge and information I received from various law enforcement sources including the Gulfport Police Department, I am aware of the following facts:

   3. On November 6, 2023, the Gulfport Police Department (GPD) Anti-Crime Unit were conducting surveillance of a residence located at 2228 30th Street Gulfport, Mississippi (MS) 39501. Detectives observed a black male standing next to a blue Chevrolet Tahoe bearing Mississippi license plate: HAY4336 in the driveway of the residence. Detectives conducted a registration inquiry of the vehicle which returned to Chennette OATIS. Detectives know Chennette OATIS is the wife of Mark Antonio OATIS.

   4. Mark Antonio OATIS has been identified as a supplier of narcotics within the city of Gulfport for the last several years. The Gulfport Police Department purchased Cocaine Base from Mark OATIS in December of 2021 and has recently begun to get complaints that he was still distributing narcotics.

   5. Detectives observed the Tahoe leave the residence and travel east on 30th Street. Detectives followed the vehicle in an unmarked police vehicle until they reached the speed of 50

miles per hour on Pass Road in Gulfport. Detectives know the speed unit in this area of Pass Road to be 35 miles per hour. Detectives observed the driver to be Mark Antonio OATIS. Detectives conducted a traffic stop for speeding at Pass Road and 8th Avenue Gulfport, MS 39501 (Family Dollar parking lot).

6. Detectives approached the vehicle and immediately smelled the odor of marijuana emitting from the vehicle and noticed an infant unrestrained on the front passenger's seat. Detectives conducted a probable cause search of the vehicle and located a Keltec, 380 caliber pistol, Serial Number: K7M80 along with 6 rounds of ammunition in the center console. Detectives also located a bag on the passenger floorboard which contained; 148.39 grams of Methamphetamine, 473.08 grams of Synthetic Cannabinoids, 65.53 grams of Marijuana, 26.02 Grams of Cocaine Base, and 8.29 grams of Cocaine HCL, a scale and clear plastic bags.

7. Detectives conducted a post-Miranda interview of OATIS at the Gulfport Police Department. OATIS admitted to possession of the narcotics and paraphernalia inside the bag. OATIS further stated he obtained possession of the firearm from his nephew prior to his death. OATIS stated he possibly earns four hundred dollars a week selling narcotics.

8. On November 13, 2023, SA Cola was advised by the Harrison County District Attorney's Office that OATIS has been convicted for felony Possession with Intent to Distribute in 2016 (Harrison County, MS).

9. An ATF Interstate Nexus Examiner, examined the Keltec, model P3AT, 380 caliber pistol, Serial Number: K7M80 and determined it was not manufactured in the state of Mississippi. Therefore, this firearm would have moved in or affected interstate commerce to be in Mississippi.

10. The amended Gun Control Act of 1968 (GCA), defines "firearm" to include-". . any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive… [and] …the frame or receiver of any such weapon…" (See 18 U.S.C. 921 (a)(3)).

11. Based upon the foregoing information and my training and experience, I submit this information supports probable cause to believe Mark Antonio OATIS violated Title 18, United States Code, Section 922(g)(1).

Joshua Cola
Special Agent, US Department of Justice
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn and subscribed before me this _____ day of November 2023.

United States Magistrate Judge